DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE COOKS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-346

[August 10, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2020-CF-007077-AXXX-MB.

Willie Cooks, Pahokee, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***